[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 15, 2008
THOMAS K. KAHN
CLERK

No. 07-11973
Argument Calendar
_____

D. C. Docket No. 04-02939-CV-HS-E

LAURA CLEMONS,

Plaintiff-Appellant,

versus

ALABAMA DEPARTMENT OF HUMAN RESOURCES,
WILLIAM FULLER,
Former Commissioner, in his official
and individual capacity,
COMMISSIONER PAGE WALLEY,
in his official capacity,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 15, 2008)**

Before Black, Carnes and Cox, Circuit Judges.

PER CURIAM:

Laura Clemons appeals the district court's grant of summary judgment in favor of Appellees on her Title VII retaliation and race discrimination claims. After carefully reviewing the record and the parties' briefs and having heard oral argument, we discern no reversible error.

As to her retaliation claim, Clemons failed to establish a causal connection between her protected activity under Title VII and any alleged adverse employment action. Thus, the district court did not err in determining Clemons failed to make out a prima facie case of retaliation. Similarly, the district court did not err in concluding Clemons failed to establish a prima facie case of race discrimination.

AFFIRMED.